No. 161. CONNECTICUT COMMITTEE AGAINST PAY TV ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Marcus Cohn* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Irwin A. Seibel, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission, and *Harold David Cohen* and *W. Theodore Pierson* for RKO General Phonevision Co., respondents.

No. 166. FABIANICH ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Stanley M. Dietz* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 168. BONSALL ET AL. *v.* HUMBLE OIL & REFINING Co. C. A. 5th Cir. Certiorari denied. *Robert McHale* for petitioners.

No. 169. MADDOX *v.* FIDELITY INVESTMENT & TITLE Co., INC., ET AL. C. A. 4th Cir. Certiorari denied. *Luther Robinson Maddox,* petitioner, *pro se.*

No. 171. DONOHUE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Sydney M. Eisenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 176. BENSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Harry G. Fins* for petitioner.